0UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re:                                      ) | |
| ) | **Chapter 13 Proceeding** |
| **KENTAWON AND AMI MARSHALL**     ) | |
| ) | **Case No.  05-64319** |
| Debtors                          ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $45.59 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Wolfpoff & Abramson filed a Proof of Claim for Platinum/Universal Credit on September 2, 2005 in the amount of $1,717.33.

3. That your Trustee attempted to send payment on said claim in April 2010 in the amount of $45.59 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $45.59 into U.S. Treasury Fund 6047BK on behalf of Wolfpoff & Abramson whose last known address was 702 King Farm Blvd., Rockville, MD 20850-5775.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtors' attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Kentawon and Ami Marshall, 1820 W. 84th Drive, Apt. D94, Merrillville, IN 46410